## BEN COLLIER V. STATE.

No. 9903. Delivered February 17, 1926.

**Manufacturing Intoxicating Liquor—No Statement of Facts — No Bill of Exception.**

This record is before us without either a statement of facts, or bill of exception and no fundamental error appearing, the judgment is affirmed.

Appeal from the District Court of Cass County. Tried below before the Hon. Hugh Carney, Judge.

Appeal from a conviction for manufacturing intoxicating liquor, penalty one year in the penitentiary.

No brief filed for appellant.

*Sam D. Stinson*, State's Attorney, and *Nat Gentry, Jr.*, Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—The conviction is for manufacture of intoxicating liquor, punishment being one year in the penitentiary.

The record contains neither statement of facts nor bills of exception. In this condition nothing is presented for review. The judgment is affirmed.

*Affirmed.*